IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:04cv1110-MEF |
| | ) | WO |
| ALFRED ALLEN LEE | ) | |

**ORDER ON MOTION**

On February 7, 2006, the movant, Alfred Allen Lee, filed a pleading construed by the court to be a *motion to expedite ruling*.  (Doc. # 23.)  Upon consideration of this motion, and for good cause, it is

ORDERED that the *motion to expedite* ruling is DENIED.

While the court is mindful that the petitioner filed his motion in November 2004, and that the requisite pleadings were filed as of March 2005, the court's caseload of actions pending pursuant to 28 U.S.C. § 2255 makes it extremely difficult to expedite the resolution of Lee's motion, particularly since the court has adopted a policy of disposing of cases on the basis of the length of pendency.  The court assures the parties that a determination of the issues presented in this case will be undertaken in due course.

Done this 9th day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE