IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CIVIL ACTION NO. 2:04CV1110-MEF |
| | ) | [WO] |
| ALFRED ALLEN LEE | ) | |

**O R D E R**

On 16 November 2004, the court erroneously docketed the defendant's "*Motion for Return of Seized Property, Pursuant to Rule 41(g) Fed.R.Crim.P.*" as Document # 4 in the above-style civil action. A review of the defendant's motion indicates that it should be docketed in Criminal Case No. 2:03CR67-MEF, *United States v. Lee*. Accordingly, the Clerk of this court is hereby DIRECTED to:

1. Strike the "*Motion for Return of Seized Property, Pursuant to Rule 41(g) Fed.R.Crim.P.*" (Doc. # 4) from the docket in Civil Action No. 2:04CV1110-MEF.

2. Docket the "*Motion for Return of Seized Property, Pursuant to Rule 41(g) Fed.R.Crim.P.*" in Criminal Case No. 2:03CR67-MEF.

Done this 22nd day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE