IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Civil Action No. |
| | ) | 2:04cv1110-MEF |
| ALFRED ALLEN LEE | ) | [WO] |

**ORDER ON MOTION**

Upon consideration of the pleading styled as "*Movant's Omnibus Motion For: (1) Stay of Proceedings; (2) for Request of Documents; and (3) for Leave to Amend and Supplement His 28 U.S.C. § 2255 Motion upon Reasonable Cause*," filed by Alfred Allen Lee on November 16, 2004 (Doc. No. 2), and as **(a)** on March 7, 2005, Lee advised the court that the government had furnished him with copies of the requested documents pertaining to his case; **(b)** on March 18, 2005, Lee filed a reply to the government's response to his § 2255 motion; and **(c)** on December 22, 2006, this court entered a Recommendation that Lee's § 2255 motion be granted in part and denied without prejudice in part, it is

ORDERED that the "*Omnibus Motion...*" (Doc. No. 2) be and hereby is DENIED as moot.

Done this 9th day of January, 2007.

                                      /s/Terry F. Moorer
                                      TERRY F. MOORER
                                      UNITED STATES MAGISTRATE JUDGE

Case 2:04-cv-01110-MEF-TFM   Document 29   Filed 01/09/07   Page 2 of 2

2