IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | CASE NO. 2:04-cv-1110-MEF |
| ) | WO |
| ALFRED ALLEN LEE   ) | |
| ) | |

# **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge entered on June 8, 2007 (Doc. #33), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that:

1. Movant's motion for relief from judgment pursuant to Fed.R.Civ.P. 60(b)(6) is GRANTED to the extent that this court's order of January 10, 2007 (Doc. #31) is AMENDED to include the following remedy in compliance with *United States v. Phillips*, 225 F.3d 1198 (11th Cir. 2000);

2. The judgment in Criminal Case No. 2:03cr67-MEF is vacated;

3. The same sentence then is reimposed and the identical judgment in the criminal case is re-entered;

4. Movant is advised that he must file any notice of appeal from the re-entered judgment within the ten-day period provided by Federal Rule of Appellate Procedure 4(b)(1)(A)(I); and

5. Movant is advised that he has the right to appeal from the re-entered judgment in the criminal case and that, if he cannot afford a lawyer, one will be appointed for him.

Done this the 9th day of July, 2007.

                                                  /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE